**370-13**

# ELECTRONIC RECORD

CCA # 14-12-00586-CR     OFFENSE   Aggravated Sexual Assault

STYLE: Michael Joseph Snowden v. The State of Texas     COUNTY   Harris

TRIAL COURT:   179th District Court

TRIAL COURT #:   1285227

TRIAL COURT JUDGE:   Judge, 179th District Court

DISPOSITION: _Affirmed as Modified_

DATE: 3/19/13

JUSTICE: _____ PC ✓ S ___

PUBLISH: _____     DNP: ✓

_____ MOTION

FOR REHEARING IS: _____

DATE: _____

JUDGE: _____

CLK RECORD: 1 vol.

RPT RECORD: 1 vol.

STATE BR: yes

APP BR: yes

SUPP CLK RECORD 1 vol.

SUPP RPT RECORD No

SUPP BR No

PRO SE BR No

## IN THE COURT OF CRIMINAL APPEALS

**370-13**

### ELECTRONIC RECORD

_State's_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_granted & remanded_

DATE: April 16, 2014

JUDGE: PC

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

CCA # _____

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____